```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAT JULIANO                        :        CIVIL ACTION
                                   :
          v.                       :
                                   :
UNIVEST CORPORATION OF             :
PENNSYLVANIA                       :        NO. 13-6230
```

ORDER

       AND NOW, this 26th day of June, 2014, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Univest Corporation of Pennsylvania for summary judgment (Doc. #7) is GRANTED.

                                        BY THE COURT:

                                        /s/ Harvey Bartle III
                                                                 J.